MEMO ENDORSED

Drohan Lee

Erika M. Calderon
T: (212) 710-0011
ecalderon@dlkny.com

July 24, 2026

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *M.M. et al v. N.Y.C. Dep't of Educ.,* 26-cv-05427 (JAV)(OTW)

Dear Judge Wang,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

Defendant writes to respectfully request an adjournment of the Preliminary Settlement Conference Call ("Conference") scheduled before Your Honor on July 30, 2026, to October 19, 2026. ECF No. 12. This is the first request to adjourn the Conference and Plaintiffs consent to this request. October 19, 2026, corresponds with Defendant's requested deadline to respond to the Complaint and reflects the approximately 90-day period typically required to review the attorney billing and underlying administrative records and engage in settlement discussions. We note that this matter involves no discovery and that liability is not in dispute and respectfully request additional time to explore resolution of the attorneys' fees claim without burdening the Court's resources.

Accordingly, Defendant respectfully request that the July 30, 2026, Conference be adjourned to October 19, 2026, or to such later date as is convenient for the Court. Thank you for considering this request.

Respectfully submitted,

By: <u>*/s/ Erika M. Calderon*</u>
Erika M. Calderon, Esq.

**SO ORDERED:**

The adjournment for the July 30, 2026 conference is **GRANTED**.

The new conference date will be on **<u>October 26, 2026 at 2:00 p.m.</u>**

Ona T. Wang 7/28/26
United States Magistrate Judge